# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1241**

**CA 13-00937**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND VALENTINO, JJ.

---

IBC SALES CORPORATION, UNITED REALTY &
DEVELOPMENT, LLC AND FLORIDA FINE CARS
AND TRUCKS, LLC, PLAINTIFFS-APPELLANTS,

                          V                                    ORDER

VILLAGE OF BLACK RIVER, DEFENDANT-RESPONDENT.

---

BANSBACH ZOGHLIN P.C., ROCHESTER (BRIDGET A. O'TOOLE OF COUNSEL), FOR
PLAINTIFFS-APPELLANTS.

SHANTZ & BELKIN, LATHAM (DEREK L. HAYDEN OF COUNSEL), FOR
DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered August 24, 2012. The order denied the motion of plaintiffs for leave to file a late notice of claim on defendant.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court